## NATHANIEL F. WARING, RESPONDENT, v. HENRY C. YALE AND S. P. CARD, APPELLANTS.

### Stay.

A stay for an indefinite time, to await the result in the appellate court, of an appeal in another action, because, only, of a hope that the judgment may be reversed in whole or in part, is not within the power of the court. Such a stay simply prevents a party from asserting a legal claim, until the decision of an appeal in another action.

APPEAL from part of an order made at Special Term, granting a stay of proceedings in an action upon an undertaking.

*N. F. Waring*, respondent, in person.

—— ——, for the appellants.

Opinion by BARNARD, P. J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order granting stay reversed, with ten dollars costs; and motion for stay denied, without costs.